IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03070-BNB

DANIEL ACOSTA,

      Applicant,

v.

CHARLES DANIELS, Warden,

      Respondent.

---

## ORDER TO FILE SUPPLEMENT TO PRELIMINARY RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this action, the Court ordered Respondent to file a Preliminary Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies.  On January 8, 2014, Respondent filed a Preliminary Response, and on January 28, 2014, Applicant filed a Reply to the Preliminary Response.

Respondent argues in the Preliminary Response that Applicant has failed to properly exhaust his administrative remedies regarding the disciplinary proceeding at issue.  In the Reply, Applicant contends that he filed his appeal to the central office on October 17, 2012, which was received by the central office on November 2, 2012, and denied on December 20, 2012.  Applicant further contends that he did not receive a notice of rejection by the central office, and only months later was "told by [his] Unit Team Counselor Artencio and Unit Manager Tuttoilmondo that [he] was time barred." Reply, ECF No. 18, at 3-4.

Respondent is directed to supplement the Preliminary Response by providing to the Court documentation of when Applicant mailed the appeal to the central office and when a copy of the notice of rejection from the central office was provided to Applicant. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a supplement to the Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one days of the filing of any supplement to the Preliminary Response** Applicant may file a Reply to the supplement, if he desires.

DATED March 20, 2014, at Denver, Colorado.

BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge