IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03070-LTB

DANIEL ACOSTA,

    Applicant,

v.

CHARLES DANIELS, Warden,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 7, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 7th day of May, 2014.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/K Lyons
                                Deputy Clerk