IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03070-GPG

DANIEL ACOSTA,

    Applicant,

v.

CHARLES DANIELS, Warden,

    Respondent.

---

ORDER DRAWING CASE

---

    Pursuant to the Tenth Circuit's Order and Judgment of remand, entered October 30, 2014, finding that Applicant has exhausted his administrative remedies, the Court will order this case drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

    ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

    DATED December 22, 2014, at Denver, Colorado.

                                                     BY THE COURT:

                                                     S/ Gordon P. Gallagher

                                                     United States Magistrate Judge